Appeal No. 2015-1080

===

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

===

MCRO, INC., DBA PLANET BLUE,

*Plaintiff-Appellant,*

v.

BANDAI NAMCO GAMES AMERICA INC., NAUGHTY DOG, INC., KONAMI DIGITAL ENTERTAINMENT, INC., SEGA OF AMERICA, INC., ELECTRONIC ARTS, INC., OBSIDIAN ENTERTAINMENT, INC., DISNEY INTERACTIVE STUDIOS, INC., SQUARE ENIX, INC., NEVERSOFT ENTERTAINMENT, INC., TREYARCH CORPORATION, CAPCOM USA, INC., SONY COMPUTER ENTERTAINMENT AMERICA LLC, ATLUS U.S.A., INC., SUCKER PUNCH PRODUCTIONS, LLC, INFINITY WARD, INC., LUCASARTS, A DIVISION OF LUCASFILM ENTERTAINMENT CO. LTD. LLC, WARNER BROS. INTERACTIVE ENTERTAINMENT, A DIVISION OF WARNER BROS. HOME ENTERTAINMENT INC., ACTIVISION PUBLISHING, INC., BLIZZARD ENTERTAINMENT, INC., VALVE CORPORATION, CODEMASTERS USA GROUP, INC., CODEMASTERS SOFTWARE INC., CODEMASTERS, INC., AND THE CODEMASTERS SOFTWARE COMPANY LIMITED,

*Defendants-Appellees.*

_____

2015-1080, -1081, -1082, -1083, -1084, -1085, -1086, -1087, -1088, -1089, -1090, -1092, -1093, -1094, -1095, -1096, -1097, -1098, -1099, -1100, -1101

===

**Appeals from the United States District Court
for the Central District of California in Nos. 2:12-CV-10322, 2:12-cv-10323, 2:12-cv-10327, 2:12-cv-10329, 2:12-cv-10331, 2:12-cv-10333, 2:12-cv-10335, 2:12-cv-10337, 2:12-cv-10338, 2:12-cv-10341, 2:12-cv-10342, 8:13-cv-01870, 8:13-cv-01874, 2:14-cv-00332, 2:14-cv-00336, 2:14-cv-00352, 2:14-cv-00358, 2:14-cv-00383, 2:14-cv-00389, 2:14-cv-00417, 2:14-cv-00439,
Judge George H. Wu.**

===

# APPELLEES' UNOPPOSED MOTION FOR A 60-DAY EXTENSION OF
# TIME TO FILE APPELLEES' RESPONSIVE BRIEF

Counsel listed in signature block

## <u>CERTIFICATE OF INTEREST</u>

Counsel for Defendants-Appellees Bandai Namco Games America, Inc.; Sega of America, Inc.; Electronic Arts Inc.; Disney Interactive Studios, Inc.; Neversoft Entertainment, Inc.; Treyarch Corporation; Capcom USA, Inc.; Atlus U.S.A., Inc.; Infinity Ward, Inc.; LucasArts, a division of LucasFilm Entertainment Company Ltd. LLC; Warner Bros. Interactive Entertainment, a division of Warner Bros. Home Entertainment Inc.; Activision Publishing, Inc.; and Blizzard Entertainment, Inc. certifies as follows:

1.  The full name of every party or amicus represented by us is:

| Docket Number | Parties Represented |
| --- | --- |
| No. 15-1080 | Bandai Namco Games America, Inc. |
| No. 15-1082 | Sega of America, Inc. |
| No. 15-1083 | Electronic Arts Inc. |
| No. 15-1085 | Disney Interactive Studios, Inc. |
| No. 15-1087 | Capcom USA, Inc. |
| No. 15-1089 | Neversoft Entertainment, Inc. |
| No. 15-1090 | Treyarch Corporation |
| No. 15-1092 | Atlus U.S.A., Inc. |
| No. 15-1094 | Activision Publishing, Inc. and Blizzard Entertainment, Inc. |
| No. 15-1095 | LucasArts, a division of Lucasfilm Entertainment Company Ltd. LLC |
| No. 15-1097 | Infinity Ward, Inc. |
| No. 15-1098 | Warner Bros. Interactive Studios, a division of Warner Bros. Home Entertainment Inc. |

2.  The name of the real party in interest represented by us is:

    None

3. All parent corporations and any public companies that own 10 percent or more of the stock of the parties represented by us are:

| Docket Number | Parties Represented | All parent corporations and any public companies that own 10 percent or more of the stock of the party represented by us |
|---|---|---|
| No. 15-1080 | Bandai Namco Games America, Inc. | Bandai Namco Holdings (USA) Inc.; Bandai Namco Holdings Inc. |
| No. 15-1082 | Sega of America, Inc. | Sega Corporation; Sega Sammy Holdings Inc. |
| No. 15-1083 | Electronic Arts Inc. | None |
| No. 15-1085 | Disney Interactive Studios, Inc. | Disney Enterprises, Inc.; The Walt Disney Company |
| No. 15-1087 | Capcom USA, Inc. | Capcom Co., Ltd. |
| No. 15-1089 | Neversoft Entertainment, Inc. | Activision Publishing, Inc.; Activision Blizzard, Inc.; ASAC II LP |
| No. 15-1090 | Treyarch Corporation | Activision Publishing, Inc.; Activision Blizzard, Inc.; ASAC II LP |
| No. 15-1092 | Atlus U.S.A., Inc. | Atlus Co., Ltd.; Sega Corporation; Sega Sammy Holdings Inc. |
| No. 15-1094 | Activision Publishing, Inc. and Blizzard Entertainment, Inc. | Activision Blizzard, Inc.; ASAC II LP |
| No. 15-1095 | LucasArts, a division of Lucasfilm Entertainment Company Ltd. LLC | Lucasfilm Entertainment Company Ltd. LLC; Lucasfilm Ltd. LLC; The Walt Disney Company |
| No. 15-1097 | Infinity Ward, Inc. | Activision Publishing, Inc.; Activision Blizzard, Inc.; ASAC II LP |
| No. 15-1098 | Warner Bros. Interactive Studios, a division of Warner Bros. Home Entertainment Inc. | Warner Bros. Home Entertainment Inc.; Warner Bros. Entertainment Inc.; Warner Communications LLC; Historic TW Inc.; Time Warner Inc. |

4.  The names of all law firms and the partners or associates that appeared for the parties now represented by us in the trial court or are expected to appear in this Court are:

| Docket Number | Parties Represented | Law Firms, Partners and Associates |
|---|---|---|
| No. 15-1080 | Bandai Namco Games America, Inc. | Sonal N. Mehta, Edward R. Reines, Evan N. Budaj, Justin M. Lee Weil, Gotshal & Manges LLP |
| No. 15-1082 | Sega of America, Inc. | Sonal N. Mehta, Edward R. Reines, Evan N. Budaj, Justin M. Lee Weil, Gotshal & Manges LLP |
| No. 15-1083 | Electronic Arts Inc. | Sonal N. Mehta, Edward R. Reines, Evan N. Budaj, Justin M. Lee Weil, Gotshal & Manges LLP |
| No. 15-1085 | Disney Interactive Studios, Inc. | Sonal N. Mehta, Edward R. Reines, Evan N. Budaj, Justin M. Lee Weil, Gotshal & Manges LLP |
| No. 15-1087 | Capcom USA, Inc. | Sonal N. Mehta, Edward R. Reines, Evan N. Budaj, Justin M. Lee Weil, Gotshal & Manges LLP |
| No. 15-1089 | Neversoft Entertainment, Inc. | Sonal N. Mehta, Edward R. Reines, Evan N. Budaj, Justin M. Lee Weil, Gotshal & Manges LLP |
| No. 15-1090 | Treyarch Corporation | Sonal N. Mehta, Edward R. Reines, Evan N. Budaj, Justin M. Lee Weil, Gotshal & Manges LLP |
| No. 15-1092 | Atlus U.S.A., Inc. | Sonal N. Mehta, Edward R. Reines, Evan N. Budaj, Justin M. Lee Weil, Gotshal & Manges LLP |
| No. 15-1094 | Activision Publishing, Inc. and Blizzard Entertainment, Inc. | Sonal N. Mehta, Edward R. Reines, Evan N. Budaj, Justin M. Lee Weil, Gotshal & Manges LLP<br><br>Jack B. Blumenfeld Rodger Dallery Smith, II Morris, Nichols, Arsht & Tunnell LLP |

| No. 15-1095 | LucasArts, a division of Lucasfilm Entertainment Company Ltd. LLC | Sonal N. Mehta, Edward R. Reines, Evan N. Budaj, Justin M. Lee Weil, Gotshal & Manges LLP<br><br>Jack B. Blumenfeld Rodger Dallery Smith, II Morris, Nichols, Arsht & Tunnell LLP |
| No. 15-1097 | Infinity Ward, Inc. | Sonal N. Mehta, Edward R. Reines, Evan N. Budaj, Justin M. Lee Weil, Gotshal & Manges LLP<br><br>Jack B. Blumenfeld Rodger Dallery Smith, II Morris, Nichols, Arsht & Tunnell LLP |
| No. 15-1098 | Warner Bros Interactive Studios, a division of Warner Bros. Home Entertainment Inc. | Sonal N. Mehta, Edward R. Reines, Evan N. Budaj, Justin M. Lee Weil, Gotshal & Manges LLP<br><br>Jack B. Blumenfeld Rodger Dallery Smith, II Morris, Nichols, Arsht & Tunnell LLP |

## <u>CERTIFICATE OF INTEREST</u>

Counsel for defendants-appellants Konami Digital Entertainment, Inc. and Square Enix, Inc. certifies the following:

1.    The full name of every party or amicus represented by us is:

| Docket Number | Parties Represented |
|---|---|
| No. 15-1081 | Konami Digital Entertainment, Inc. |
| No. 15-1088 | Square Enix, Inc. |

2.    The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by us is:

N/A

3.    All parent corporations and any publicly held companies that own 10% or more of the stock of the party or amicus curiae represented by us are:

| Docket Number | Parties Represented | All parent corporations and any public companies that own 10 percent or more of the stock of the party represented by us |
|---|---|---|
| No. 15-1081 | Konami Digital Entertainment, Inc. | Konami Digital Entertainment, Inc. is a subsidiary of Konami Corporation of America which, in turn, is a subsidiary of Konami Corporation, a publicly traded corporation. No other corporation is a parent or owns 10 percent or more of Konami Digital Entertainment, Inc. |
| No. 15-1088 | Square Enix, Inc. | Square Enix, Inc. is a wholly owned subsidiary of Square Enix of America Holdings, Inc. which, in turn, is a wholly owned subsidiary of Square Enix |

|  |  | Holdings Co., Ltd., a publicly traded corporation.  No other corporation is a parent or owns 10 percent or more of Square Enix, Inc. |

4.      The names of all law firms and the partners or associates that appeared for the party or amicus now represented by us in the trial court or are expected to appear in this court are:

| Docket Number | Parties Represented | Law Firms, Partners and Associates |
| --- | --- | --- |
| No. 15-1081 | Konami Digital Entertainment, Inc. | Wendy J. Ray, Benjamin J. Fox, Vincent J. Belusko, Ashleigh K. Landis, Jason J. Lee* MORRISON & FOERSTER LLP |
| No. 15-1088 | Square Enix, Inc. | Wendy J. Ray, Benjamin J. Fox, Vincent J. Belusko, Ashleigh K. Landis, Jason J. Lee* MORRISON & FOERSTER LLP |

*No longer with MORRISON & FOERSTER LLP*

## <u>CERTIFICATE OF INTEREST</u>

Counsel for Defendants-Appellees Codemasters USA Group, Inc., Codemasters, Inc., and The Codemasters Software Company Limited certifies as follows:

1. The full name of every party or amicus represented by us is:

| Docket Number | Parties Represented |
|---|---|
| No. 15-1100 | Codemasters USA Group, Inc. and The Codemasters Software Company Limited |
| No. 15-1101 | Codemasters, Inc. and The Codemasters Software Company Limited |

2. The name of the real party in interest represented by us is:

None

3. All parent corporations and any public companies that own 10 percent or more of the stock of the parties represented by us are:

None

4. The names of all law firms and the partners or associates that appeared for the parties now represented by us in the trial court or are expected to appear in this Court are:

| Docket Number | Parties Represented | Law Firms, Partners and Associates |
|---|---|---|
| No. 15-1100 | Codemasters USA Group Inc. and The Codemasters Software Company Limited | Kevin W. Kirsch, Barry E. Bretschneider, Jared A. Brandyberry Baker & Hostetler LLP |

| Docket Number | Parties Represented | Law Firms, Partners and Associates |
|---|---|---|
| No. 15-1101 | Codemasters, Inc. and The Codemasters Software Company Limited | Kevin W. Kirsch, Barry E. Bretschneider, Jared A. Brandyberry Baker & Hostetler LLP |

Form 9

FORM 9.   Certificate of Interest

---

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

McRo, Inc.                      v.  Bandai Namco Games America Inc.

No. 15-1080

2015-1080, -1081, -1082, -1083, -1084, -1085, -1086, -1087, -1088, -1089, -1090, -1092, -1093, -1094, -1095, -1096, -1097, -1098, -1099, -1100, -1101

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party)
Appellees listed on the attached certifies the following (use "None" if applicable; use extra sheets if necessary):

1.      The full name of every party or amicus represented by me is:
Naughty Dog, Inc.; Sucker Punch Productions, LLC; Sony Computer Entertainment America LLC

2.      The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:
n/a

3.      All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:
Sucker Punch Productions, LLC and Naughty Dog, Inc. are wholly-owned subsidiaries of Sony Computer Entertainment America LLC, which is an indirect, wholly-owned subsidiary of Sony Corporation.

4.  ☑   The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:
B. Trent Webb, Tony Diab, Jamie Kitano, John D. Garretson, Lynn C. Herndon, Douglas Wayne Robinson and Beth Larigan of Shook, Hardy & Bacon LLP; Jonathan N. Zerger and Albert F. Harris III formerly of Shook, Hardy & Bacon LLP; and Jack B. Blumenfeld and Rodger Dallery Smith II of Morris, Nichols, Arsht & Tunnell LLP

3/4/15                                          /s/ B. Trent Webb
        Date                                    Signature of counsel

                                                B. Trent Webb
                                                Printed name of counsel

Please Note: All questions must be answered
cc: Counsel of Record

124

Appellees:

Naughty Dog, Inc.
Sucker Punch Productions, LLC
Sony Computer Entertainment America LLC

Form 9

FORM 9.   Certificate of Interest

---

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

McRo, Inc. _____ v. Namco Bandai Games America _____

No. 15-1080 _____

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party)
Appellee Obsidian Entertainment, Inc. certifies the following (use "None" if applicable; use extra sheets if necessary):

1.    The full name of every party or amicus represented by me is:

Obsidian Entertainment, Inc.

_____

2.    The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

N/A

_____

3.    All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

N/A

_____

4.  ☐  The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Madison S. Spach, Jr., Thomas Walling, and Andrew Tsu of Spach, Capaldi & Waggaman, LLP

_____

3/3/2015 _____                    /s/ Andrew Tsu _____
          Date                                     Signature of counsel

                                         Andrew Tsu _____
                                          Printed name of counsel

Please Note: All questions must be answered

cc: _____

124

**Form 9**

FORM 9.   Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

McRo, Inc.                    v.    Valve Corporation

No. 15-1080

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party)

_____Appellee_____ certifies the following (use "None" if applicable; use extra sheets if necessary):

1.      The full name of every party or amicus represented by me is:

Valve Corporation

2.      The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

None

3.      All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

None

4.  ☑   The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

K&L Gates LLP: Jan P. Weir; David T. McDonald; Theodore J. Angelis; Joseph J. Mellema

_____March 4, 2015_____                    /s/ Jan P. Weir
Date                                            Signature of counsel

                                                Jan P. Weir
                                                Printed name of counsel

Please Note: All questions must be answered
cc: _____

124

## APPELLEES' UNOPPOSED MOTION FOR A 60-DAY EXTENSION OF TIME TO FILE APPELLEES' RESPONSIVE BRIEF

Appellees hereby move to extend the deadline for filing their responsive brief by 60 days, from April 13, 2015 to and including June 12, 2015.  No previous extension has been sought by Appellees.  Counsel for Appellant McRo, Inc., d.b.a. Planet Blue ("McRo") has informed counsel for Appellees that Appellant does not oppose the requested extension and will not file a response to the request for an extension.

There is good cause for this extension.  The additional time is necessary for counsel for Appellees to consider Appellant's opening brief, as well as one or more *Amicus Curiae* briefs that are expected to be filed.  Furthermore, due to the large number of Appellees (and counsel representing those Appellees), Appellees require additional time to coordinate amongst themselves to file a single responsive brief, as directed by the Court.  The additional time will allow Appellees to prepare their briefing so as to be most helpful for the Court.

As noted above, counsel for the Appellant does not oppose this motion.  Specifically, in discussing Appellant's request for a 60-day extension on its opening brief (which this Court granted), the parties agreed to commensurate extensions of up to 60 days.

Appellees therefore respectfully request that the Court extend the deadline to file Appellees' responsive brief by 60 days to and including June 12, 2015.   A proposed order is submitted herewith.

Dated: March 4, 2015                Respectfully submitted,

By  /s/ Sonal N. Mehta

Sonal N. Mehta
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065
(650) 802-3000
sonal.mehta@weil.com

*Attorneys for Defendants-Appellees*
Bandai Namco Games America, Inc.; Sega of America, Inc.; Electronic Arts Inc.; Disney Interactive Studios, Inc.; Neversoft Entertainment, Inc.; Treyarch Corporation; Capcom USA, Inc.; Atlus U.S.A., Inc.; Infinity Ward, Inc.; LucasArts, a division of LucasFilm Entertainment Company Ltd. LLC; Warner Bros. Interactive Entertainment, a division of Warner Bros. Home Entertainment Inc.; Activision Publishing, Inc.; and Blizzard Entertainment, Inc.

_/s/ B. Trent Webb_
B. Trent Webb
John D. Garretson
Beth A. Larigan
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
(816) 474-6550
bwebb@shb.com
jgarretson@shb.com
blarigan@shb.com

_Attorneys for Defendants-Appellees_
Naughty Dog, Inc., Sucker Punch
Productions, LLC and Sony Computer
Entertainment America LLC

_/s/ Thomas E. Walling_
Thomas E. Walling
Andrew D. Tsu
SPACH, CAPALDI & WAGGAMAN,
LLP
4675 MacArthur Court, Suite 550
Newport Beach, CA 92660
(949) 852-0710
thomas.walling@gmail.com

_Attorneys for Defendant-Appellee_
Obsidian Entertainment, Inc.

_/s/ Wendy J. Ray_
Wendy J. Ray
Benjamin J. Fox
MORRISON & FOERSTER LLP
707 Wilshire Blvd., Suite 6000
Los Angeles, CA 90017-3543
(213) 892-5200
WRay@mofo.com
BFox@mofo.com

_Attorneys for Defendants-Appellees_
Konami Digital Entertainment, Inc. and
Square Enix, Inc.

_/s/ Jan P. Weir_
Jan P. Weir
Theodore J. Angelis
David T. McDonald
Joseph J. Mellema
K&L Gates LLP
12th Floor
1 Park Plaza
Irvine, CA 92614
(949) 253-0900
jan.weir@klgates.com

_Attorneys for Defendants-Appellees_
Valve Corporation

*/s/ Kevin W. Kirsch*
Kevin W. Kirsch
Jared A. Brandyberry
Barry E. Bretschneider
BAKER & HOSTETLER LLP
312 Walnut Street
Cincinnati, OH 45202
(513) 929-3499
kkirsch@bakerlaw.com

*Attorneys for Defendants-Appellees*
Codemasters, Inc., Codemasters USA
Group, Inc., The Codemasters Software
Company Limited

Appeal No. 2015-1080

IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

MCRO, INC., DBA PLANET BLUE,

*Plaintiff-Appellant*,

v.

BANDAI NAMCO GAMES AMERICA INC., NAUGHTY DOG, INC., KONAMI DIGITAL ENTERTAINMENT, INC., SEGA OF AMERICA, INC., ELECTRONIC ARTS, INC., OBSIDIAN ENTERTAINMENT, INC., DISNEY INTERACTIVE STUDIOS, INC., SQUARE ENIX, INC., NEVERSOFT ENTERTAINMENT, INC., TREYARCH CORPORATION, CAPCOM USA, INC., SONY COMPUTER ENTERTAINMENT AMERICA LLC, ATLUS U.S.A., INC., SUCKER PUNCH PRODUCTIONS, LLC, INFINITY WARD, INC., LUCASARTS, A DIVISION OF LUCASFILM ENTERTAINMENT CO. LTD. LLC, WARNER BROS. INTERACTIVE ENTERTAINMENT, A DIVISION OF WARNER BROS. HOME ENTERTAINMENT INC., ACTIVISION PUBLISHING, INC., BLIZZARD ENTERTAINMENT, INC., VALVE CORPORATION, CODEMASTERS USA GROUP, INC., CODEMASTERS SOFTWARE INC., CODEMASTERS, INC., AND THE CODEMASTERS SOFTWARE COMPANY LIMITED,

*Defendants-Appellees*.

_____

2015-1080, -1081, -1082, -1083, -1084, -1085, -1086, -1087, -1088, -1089, -1090, -1092, -1093, -1094, -1095, -1096, -1097, -1098, -1099, -1100, -1101

Appeals from the United States District Court
for the Central District of California in Nos. 2:12-CV-10322, 2:12-cv-10323, 2:12-cv-10327, 2:12-cv-10329, 2:12-cv-10331, 2:12-cv-10333, 2:12-cv-10335, 2:12-cv-10337, 2:12-cv-10338, 2:12-cv-10341, 2:12-cv-10342, 8:13-cv-01870, 8:13-cv-01874, 2:14-cv-00332, 2:14-cv-00336, 2:14-cv-00352, 2:14-cv-00358, 2:14-cv-00383, 2:14-cv-00389, 2:14-cv-00417, 2:14-cv-00439, Judge George H. Wu.

DECLARATION OF SONAL N. MEHTA IN SUPPORT OF APPELLEES' UNOPPOSED MOTION FOR A 60-DAY EXTENSION OF TIME TO FILE APPELLEES' RESPONSIVE BRIEF

I, Sonal N. Mehta, hereby declare as follows:

1.      I am a partner at the law firm of Weil, Gotshal & Manges LLP.  I am counsel for Appellees Bandai Namco Games America, Inc.; Sega of America, Inc.; Electronic Arts Inc.; Disney Interactive Studios, Inc.; Neversoft Entertainment, Inc.; Treyarch Corporation; Capcom USA, Inc.; Atlus U.S.A., Inc.; Infinity Ward, Inc.; LucasArts, a division of LucasFilm Entertainment Company Ltd. LLC; Warner Bros. Interactive Entertainment, a division of Warner Bros. Home Entertainment Inc.; Activision Publishing, Inc.; and Blizzard Entertainment, Inc. in this matter.  I submit this declaration pursuant to Federal Circuit Rule 26(b) in support of Appellees' motion for a 60-day extension of time for filing their responsive brief in this appeal.

2.      According to the Clerk's March 2, 2015 docket entry, Appellees' brief is currently due April 13, 2015.  Appellees' motion seeks an extension of 60 days to and including June 12, 2015.

3.      Appellees have not previously sought an extension for their responsive brief.

4.      The additional time is necessary for counsel for Appellees to consider Appellant's opening brief, as well as any *Amicus Curiae* briefs that are subsequently filed.  Furthermore, due to the large number of Appellees (and counsel representing those Appellees), Appellees require additional time to

coordinate amongst themselves in order to file a single responsive brief, as directed by the Court.

5.    The additional time will give counsel for Appellees the necessary time to coordinate and prepare their responsive brief, and give the various Appellees the necessary time to approve the responsive brief for filing.

6.    I have consulted with counsel for Appellant McRo, Inc., d.b.a. Planet Blue regarding the substance of this extension request.  Counsel for Appellant has advised me that the Appellant does not oppose the grant of a 60-day extension.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 4, 2015

/s/ Sonal N. Mehta
Sonal N. Mehta
WEIL GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3118

*Attorneys for Defendants-Appellees*
Bandai Namco Games America, Inc.;
Sega of America, Inc.; Electronic Arts
Inc.; Disney Interactive Studios, Inc.;
Neversoft Entertainment, Inc.; Treyarch
Corporation; Capcom USA, Inc.; Atlus
U.S.A., Inc.; Infinity Ward, Inc.;
LucasArts, a division of LucasFilm
Entertainment Company Ltd. LLC;
Warner Bros. Interactive Entertainment,
a division of Warner Bros. Home
Entertainment Inc.; Activision
Publishing, Inc.; and Blizzard
Entertainment, Inc.

Appeal No. 2015-1080

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

MCRO, INC., DBA PLANET BLUE,

*Plaintiff-Appellant*,

v.

BANDAI NAMCO GAMES AMERICA INC., NAUGHTY DOG, INC.,
KONAMI DIGITAL ENTERTAINMENT, INC., SEGA OF AMERICA,
INC., ELECTRONIC ARTS, INC., OBSIDIAN ENTERTAINMENT, INC.,
DISNEY INTERACTIVE STUDIOS, INC., SQUARE ENIX, INC.,
NEVERSOFT ENTERTAINMENT, INC., TREYARCH CORPORATION,
CAPCOM USA, INC., SONY COMPUTER ENTERTAINMENT
AMERICA LLC, ATLUS U.S.A., INC., SUCKER PUNCH
PRODUCTIONS, LLC, INFINITY WARD, INC., LUCASARTS, A
DIVISION OF LUCASFILM ENTERTAINMENT CO. LTD. LLC,
WARNER BROS. INTERACTIVE ENTERTAINMENT, A DIVISION OF
WARNER BROS. HOME ENTERTAINMENT INC., ACTIVISION
PUBLISHING, INC., BLIZZARD ENTERTAINMENT, INC., VALVE
CORPORATION, CODEMASTERS USA GROUP, INC.,
CODEMASTERS SOFTWARE INC., CODEMASTERS, INC., AND THE
CODEMASTERS SOFTWARE COMPANY LIMITED,

*Defendants-Appellees*.

_____

2015-1080, -1081, -1082, -1083, -1084, -1085, -1086, -1087, -1088, -1089, -1090,
-1092, -1093, -1094, -1095, -1096, -1097, -1098, -1099, -1100, -1101

**Appeals from the United States District Court
for the Central District of California in Nos. 2:12-CV-10322, 2:12-cv-10323,
2:12-cv-10327, 2:12-cv-10329, 2:12-cv-10331, 2:12-cv-10333, 2:12-cv-10335,
2:12-cv-10337, 2:12-cv-10338, 2:12-cv-10341, 2:12-cv-10342, 8:13-cv-01870,
8:13-cv-01874, 2:14-cv-00332, 2:14-cv-00336, 2:14-cv-00352, 2:14-cv-00358,
2:14-cv-00383, 2:14-cv-00389, 2:14-cv-00417, 2:14-cv-00439,
Judge George H. Wu.**

**[PROPOSED] ORDER GRANTING APPELLEES' UNOPPOSED MOTION
FOR A 60-DAY EXTENSION OF TIME TO FILE APPELLEES'
RESPONSIVE BRIEF**

Appellees, having moved without opposition for a 60-day extension of time to file Appellees' responsive brief ("Appellees' Brief"), and good cause therefore being shown:  IT IS HEREBY ORDERED that the motion be Granted.  Appellees' Brief is now due on or before June 12, 2015.

_____

FOR THE COURT

## ECF-3(B)(2) REPRESENTATION

Pursuant to this Court's Administrative Order Regarding Electronic Case Filing, the undersigned represents under ECF-3(b)(2) that counsel for Defendants-Appellees Naughty Dog, Inc., Konami Digital Entertainment, Inc., Obsidian Entertainment, Inc., Valve Corporation, Codemasters USA Group, Inc., Square Enix, Inc., Codemasters, Inc., The Codemasters Software Company Limited, Sony Computer Entertainment America LLC, and Sucker Punch Productions, LLC, have consented to their signatures on the Certificates of Interest and this Unopposed Motion for a 60-Day Extension of Time to File Responsive Briefing.

Dated: March 4, 2015

/s/ Sonal N. Mehta
Sonal N. Mehta
WEIL GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3118

*Attorneys for Defendants-Appellees*
Bandai Namco Games America, Inc.; Sega of America, Inc.; Electronic Arts Inc.; Disney Interactive Studios, Inc.; Neversoft Entertainment, Inc.; Treyarch Corporation; Capcom USA, Inc.; Atlus U.S.A., Inc.; Infinity Ward, Inc.; LucasArts, a division of LucasFilm Entertainment Company Ltd. LLC; Warner Bros. Interactive Entertainment, a division of Warner Bros. Home Entertainment Inc.; Activision Publishing, Inc.; and Blizzard Entertainment, Inc.

# CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2015, I filed or caused to be filed copies of

the foregoing with the Clerk of the United States Court of Appeals for the Federal

Circuit via the CM/ECF system and served or caused to be served a copy on all

counsel of record by the CM/ECF system and electronic mail.


Dated: March 4, 2015                    */s/ Sonal N. Mehta*
                                        Sonal N. Mehta

                                        *Counsel for Defendants-Appellees*
                                        Bandai Namco Games America, Inc.;
                                        Sega of America, Inc.; Electronic Arts
                                        Inc.; Disney Interactive Studios, Inc.;
                                        Neversoft Entertainment, Inc.; Treyarch
                                        Corporation; Capcom USA, Inc.; Atlus
                                        U.S.A., Inc.; Infinity Ward, Inc.;
                                        LucasArts, a division of LucasFilm
                                        Entertainment Company Ltd. LLC;
                                        Warner Bros. Interactive Entertainment,
                                        a division of Warner Bros. Home
                                        Entertainment Inc.; Activision
                                        Publishing, Inc.; and Blizzard
                                        Entertainment, Inc.