NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MCRO, INC., DBA Planet Blue,**
*Plaintiff - Appellant*

v.

**BANDAI NAMCO GAMES AMERICA INC., NAUGHTY DOG, INC., KONAMI DIGITAL ENTERTAINMENT, INC., SEGA OF AMERICA, INC., ELECTRONIC ARTS INC., OBSIDIAN ENTERTAINMENT, INC., DISNEY INTERACTIVE STUDIOS, INC., SQUARE ENIX, INC., NEVERSOFT ENTERTAINMENT, INC., TREYARCH CORPORATION, CAPCOM USA, INC., SONY COMPUTER ENTERTAINMENT AMERICA LLC, ATLUS U.S.A., INC., SUCKER PUNCH PRODUCTIONS, LLC, INFINITY WARD, INC., LUCASARTS, A DIVISION OF LUCASFILM ENTERTAINMENT COMPANY LTD. LLC, WARNER BROS. INTERACTIVE ENTERTAINMENT, A DIVISION OF WARNER BROS. HOME ENTERTAINMENT INC., ACTIVISION PUBLISHING, INC., and BLIZZARD ENTERTAINMENT, INC.,**
*Defendants - Appellees*

and

**VALVE CORPORATION, CODEMASTERS USA GROUP, INC., CODEMASTERS SOFTWARE INC., CODEMASTERS, INC., and THE CODEMASTERS SOFTWARE COMPANY LIMITED,**

*Defendants - Appellees*

---

15-1080

---

Appeal from the United States District Court for the Central District of California in case no. 2:12-cv-10322-GW-FFM United States District Judge George H. Wu.

---

ON MOTION

O R D E R

Upon consideration of the appellees unopposed motion to extend time to file appellees principal brief until June 12, 2015,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

March 9, 2015                /s/ Daniel E. O'Toole
                             Daniel E. O'Toole
                             Clerk of Court

cc: Theodore J. Angelis
Jared A. Brandyberry
Barry Eastburn Bretschneider
Evan N. Budaj
John D. Garretson
Kevin W. Kirsch
Jeffrey A. Lamken
Beth A. Larigan
David T. McDonald
Sonal Naresh Mehta
Joseph James Mellema
Michael Gregory Pattillo Jr.
John Francis Petrsoric
Mark Stewart Raskin
Wendy J. Ray
Andrew David Tsu
Thomas Walling
Basil Trent Webb
Jan Patrick Weir
John M. Whealan
Robert Alan Whitman