**Appeal No. 2015-1080**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT**

MCRO, INC., DBA PLANET BLUE,

*Plaintiff-Appellant*,

v.

BANDAI NAMCO GAMES AMERICA INC., NAUGHTY DOG, INC., KONAMI DIGITAL ENTERTAINMENT, INC., SEGA OF AMERICA, INC., ELECTRONIC ARTS, INC., OBSIDIAN ENTERTAINMENT, INC., DISNEY INTERACTIVE STUDIOS, INC., SQUARE ENIX, INC., NEVERSOFT ENTERTAINMENT, INC., TREYARCH CORPORATION, CAPCOM USA, INC., SONY COMPUTER ENTERTAINMENT AMERICA LLC, ATLUS U.S.A., INC., SUCKER PUNCH PRODUCTIONS, LLC, INFINITY WARD, INC., LUCASARTS, A DIVISION OF LUCASFILM ENTERTAINMENT CO. LTD. LLC, WARNER BROS. INTERACTIVE ENTERTAINMENT, A DIVISION OF WARNER BROS. HOME ENTERTAINMENT INC., ACTIVISION PUBLISHING, INC., BLIZZARD ENTERTAINMENT, INC., VALVE CORPORATION, CODEMASTERS USA GROUP, INC., CODEMASTERS SOFTWARE INC., CODEMASTERS, INC., AND THE CODEMASTERS SOFTWARE COMPANY LIMITED,

*Defendants-Appellees*.

2015-1080, -1081, -1082, -1083, -1084, -1085, -1086, -1087, -1088, -1089, -1090, -1092, -1093, -1094, -1095, -1096, -1097, -1098, -1099, -1100, -1101

Appeals from the United States District Court for the Central District of California in Nos. 2:12-CV-10322, 2:12-cv-10323, 2:12-cv-10327, 2:12-cv-10329, 2:12-cv-10331, 2:12-cv-10333, 2:12-cv-10335, 2:12-cv-10337, 2:12-cv-10338, 2:12-cv-10341, 2:12-cv-10342, 8:13-cv-01870, 8:13-cv-01874, 2:14-cv-00332, 2:14-cv-00336, 2:14-cv-00352, 2:14-cv-00358, 2:14-cv-00383, 2:14-cv-00389, 2:14-cv-00417, 2:14-cv-00439, Judge George H. Wu.

**DEFENDANTS-APPELLEES' MOTION TO WITHDRAW EDWARD R. REINES AS COUNSEL**

Counsel listed in signature block

Pursuant to Federal Circuit Rule 47.3(c)(5), Defendants-Appellees Electronic Arts Inc.; Capcom USA, Inc.; Activision Publishing, Inc.; and Blizzard Entertainment, Inc. hereby move to withdraw Edward R. Reines as counsel. Sonal N. Mehta has entered an appearance to represent Defendants-Appellees Activision Publishing, Inc., Blizzard Entertainment, Inc., Capcom USA, Inc. and Electronic Arts Inc., as lead counsel. Accordingly, Mr. Reines' withdrawal would create no prejudice to the aforementioned Defendants-Appellees.

Counsel for Defendants-Appellees, Edward R. Reines, has notified Plaintiff-Appellant of his withdrawal, and Plaintiff-Appellant does not object to the withdrawal.

For these reasons, Defendants-Appellees Activision Publishing, Inc., Blizzard Entertainment, Inc., Capcom USA, Inc. and Electronic Arts Inc. respectfully request that this Court grant their Motion to Withdraw Edward R. Reines as Counsel.

Dated:  October 28, 2015

Respectfully submitted,

By /s/ *Edward R. Reines*
Edward R. Reines
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065
(650) 802-3000

*Attorneys for Defendants-Appellees*
Bandai Namco Games America, Inc.; Sega of America, Inc.; Electronic Arts Inc.; Disney Interactive Studios, Inc.; Neversoft Entertainment, Inc.; Treyarch Corporation; Capcom USA, Inc.; Atlus U.S.A., Inc.; Infinity Ward, Inc.; LucasArts, a division of LucasFilm Entertainment Company Ltd. LLC; Warner Bros. Interactive Entertainment, a division of Warner Bros. Home Entertainment Inc.; Activision Publishing, Inc.; and Blizzard Entertainment, Inc.

# **CERTIFICATE OF INTEREST**

Counsel for Defendants-Appellees Bandai Namco Games America, Inc.; Sega of America, Inc.; Electronic Arts Inc.; Disney Interactive Studios, Inc.; Neversoft Entertainment, Inc.; Treyarch Corporation; Capcom USA, Inc.; Atlus U.S.A., Inc.; Infinity Ward, Inc.; LucasArts, a division of LucasFilm Entertainment Company Ltd. LLC; Warner Bros. Interactive Entertainment, a division of Warner Bros. Home Entertainment Inc.; Activision Publishing, Inc.; and Blizzard Entertainment, Inc. certifies as follows:

1. The full name of every party or amicus represented by us is:

| Docket Number | Parties Represented |
| --- | --- |
| No. 15-1080 | Bandai Namco Games America, Inc. |
| No. 15-1082 | Sega of America, Inc. |
| No. 15-1083 | Electronic Arts Inc. |
| No. 15-1085 | Disney Interactive Studios, Inc. |
| No. 15-1087 | Capcom USA, Inc. |
| No. 15-1089 | Neversoft Entertainment, Inc. |
| No. 15-1090 | Treyarch Corporation |
| No. 15-1092 | Atlus U.S.A., Inc. |
| No. 15-1094 | Activision Publishing, Inc. and Blizzard Entertainment, Inc. |
| No. 15-1095 | LucasArts, a division of Lucasfilm Entertainment Company Ltd. LLC |
| No. 15-1097 | Infinity Ward, Inc. |
| No. 15-1098 | Warner Bros. Interactive Studios, a division of Warner Bros. Home Entertainment Inc. |

2. The name of the real party in interest represented by us is:

None

3. All parent corporations and any public companies that own 10 percent or more of the stock of the parties represented by us are:

| **Docket Number** | **Parties Represented** | **All parent corporations and any public companies that own 10 percent or more of the stock of the party represented by us** |
|---|---|---|
| No. 15-1080 | Bandai Namco Games America, Inc. | Bandai Namco Holdings (USA) Inc.; Bandai Namco Holdings Inc. |
| No. 15-1082* | Sega of America, Inc. | Sega Corporation; Sega Sammy Holdings Inc. |
| No. 15-1083* | Electronic Arts Inc. | None |
| No. 15-1085* | Disney Interactive Studios, Inc. | Disney Enterprises, Inc.; The Walt Disney Company |
| No. 15-1087* | Capcom USA, Inc. | Capcom Co., Ltd. |
| No. 15-1089* | Neversoft Entertainment, Inc. | Activision Publishing, Inc.; Activision Blizzard, Inc.; ASAC II LP |
| No. 15-1090* | Treyarch Corporation | Activision Publishing, Inc.; Activision Blizzard, Inc.; ASAC II LP |
| No. 15-1092* | Atlus U.S.A., Inc. | Atlus Co., Ltd.; Sega Corporation; Sega Sammy Holdings Inc. |
| No. 15-1094* | Activision Publishing, Inc. and Blizzard Entertainment, Inc. | Activision Blizzard, Inc.; ASAC II LP |
| No. 15-1095* | LucasArts, a division of Lucasfilm Entertainment Company Ltd. LLC | Lucasfilm Entertainment Company Ltd. LLC; Lucasfilm Ltd. LLC; The Walt Disney Company |
| No. 15-1097* | Infinity Ward, Inc. | Activision Publishing, Inc.; Activision Blizzard, Inc.; ASAC II LP |
| No. 15-1098* | Warner Bros. Interactive Studios, a division of Warner Bros. Home Entertainment Inc. | Warner Bros. Home Entertainment Inc.; Warner Bros. Entertainment Inc.; Warner Communications LLC; Historic TW Inc.; Time Warner Inc. |

4. The names of all law firms and the partners or associates that appeared for the parties now represented by us in the trial court or are expected to appear in this Court are:

| Docket Number | Parties Represented | Law Firms, Partners and Associates |
|---|---|---|
| No. 15-1080 | Bandai Namco Games America, Inc. | Sonal N. Mehta, Edward R. Reines, Evan N. Budaj, Justin M. Lee, Marion McLane Read<br>Weil, Gotshal & Manges LLP |
| No. 15-1082* | Sega of America, Inc. | Sonal N. Mehta, Edward R. Reines, Evan N. Budaj, Justin M. Lee, Marion McLane Read<br>Weil, Gotshal & Manges LLP |
| No. 15-1083* | Electronic Arts Inc. | Sonal N. Mehta, Edward R. Reines, Evan N. Budaj, Justin M. Lee, Marion McLane Read<br>Weil, Gotshal & Manges LLP |
| No. 15-1085* | Disney Interactive Studios, Inc. | Sonal N. Mehta, Edward R. Reines, Evan N. Budaj, Justin M. Lee, Marion McLane Read<br>Weil, Gotshal & Manges LLP |
| No. 15-1087* | Capcom USA, Inc. | Sonal N. Mehta, Edward R. Reines, Evan N. Budaj, Justin M. Lee, Marion McLane Read<br>Weil, Gotshal & Manges LLP |
| No. 15-1089* | Neversoft Entertainment, Inc. | Sonal N. Mehta, Edward R. Reines, Evan N. Budaj, Justin M. Lee, Marion McLane Read<br>Weil, Gotshal & Manges LLP |
| No. 15-1090* | Treyarch Corporation | Sonal N. Mehta, Edward R. Reines, Evan N. Budaj, Justin M. Lee, Marion McLane Read<br>Weil, Gotshal & Manges LLP |
| No. 15-1092* | Atlus U.S.A., Inc. | Sonal N. Mehta, Edward R. Reines, Evan N. Budaj, Justin M. Lee, Marion McLane Read<br>Weil, Gotshal & Manges LLP |
| No. 15-1094* | Activision Publishing, Inc. | Sonal N. Mehta, Edward R. Reines, |

|  | and Blizzard Entertainment, Inc. | Evan N. Budaj, Justin M. Lee, Marion McLane Read Weil, Gotshal & Manges LLP<br><br>Jack B. Blumenfeld Rodger Dallery Smith, II Morris, Nichols, Arsht & Tunnell LLP |
|---|---|---|
| No. 15-1095* | LucasArts, a division of Lucasfilm Entertainment Company Ltd. LLC | Sonal N. Mehta, Edward R. Reines, Evan N. Budaj, Justin M. Lee, Marion McLane Read Weil, Gotshal & Manges LLP<br><br>Jack B. Blumenfeld Rodger Dallery Smith, II Morris, Nichols, Arsht & Tunnell LLP |
| No. 15-1097* | Infinity Ward, Inc. | Sonal N. Mehta, Edward R. Reines, Evan N. Budaj, Justin M. Lee, Marion McLane Read Weil, Gotshal & Manges LLP<br><br>Jack B. Blumenfeld Rodger Dallery Smith, II Morris, Nichols, Arsht & Tunnell LLP |
| No. 15-1098* | Warner Bros Interactive Studios, a division of Warner Bros. Home Entertainment Inc. | Sonal N. Mehta, Edward R. Reines, Evan N. Budaj, Justin M. Lee, Marion McLane Read Weil, Gotshal & Manges LLP<br><br>Jack B. Blumenfeld Rodger Dallery Smith, II Morris, Nichols, Arsht & Tunnell LLP |

# CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2015, I filed or caused to be filed copies of the foregoing with the Clerk of the United States Court of Appeals for the Federal Circuit via the CM/ECF system and served or caused to be served a copy on all counsel of record by the CM/ECF system and electronic mail.

Dated: October 28, 2015

*/s/ Edward R. Reines*
Edward R. Reines

*Counsel for Defendants-Appellees*
Bandai Namco Games America, Inc.; Sega of America, Inc.; Electronic Arts Inc.; Disney Interactive Studios, Inc.; Neversoft Entertainment, Inc.; Treyarch Corporation; Capcom USA, Inc.; Atlus U.S.A., Inc.; Infinity Ward, Inc.; LucasArts, a division of LucasFilm Entertainment Company Ltd. LLC; Warner Bros. Interactive Entertainment, a division of Warner Bros. Home Entertainment Inc.; Activision Publishing, Inc.; and Blizzard Entertainment, Inc.