NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MCRO, INC., DBA Planet Blue,**
*Plaintiff - Appellant*

v.

**BANDAI NAMCO GAMES AMERICA INC., NAUGHTY DOG, INC., KONAMI DIGITAL ENTERTAINMENT, INC., SEGA OF AMERICA, INC., ELECTRONIC ARTS INC., OBSIDIAN ENTERTAINMENT, INC., DISNEY INTERACTIVE STUDIOS, INC., SQUARE ENIX, INC., NEVERSOFT ENTERTAINMENT, INC., TREYARCH CORPORATION, CAPCOM USA, INC., SONY COMPUTER ENTERTAINMENT AMERICA LLC, ATLUS U.S.A., INC., SUCKER PUNCH PRODUCTIONS, LLC, INFINITY WARD, INC., LUCASARTS, A DIVISION OF LUCASFILM ENTERTAINMENT COMPANY LTD. LLC, WARNER BROS. INTERACTIVE ENTERTAINMENT, A DIVISION OF WARNER BROS. HOME ENTERTAINMENT INC., ACTIVISION PUBLISHING, INC., BLIZZARD ENTERTAINMENT, INC., VALVE CORPORATION, CODEMASTERS USA GROUP, INC., CODEMASTERS SOFTWARE INC., CODEMASTERS, INC., THE CODEMASTERS SOFTWARE COMPANY LIMITED,**

*Defendants - Appellees*

---

15-1080

---

Appeal from the United States District Court for the Central District of California in case no. 2:12-cv-10322-GW-FFM United States District Judge George H. Wu

---

ON MOTION

Per Curiam.

## O R D E R

Upon consideration of the appellees unopposed motions to withdraw attorney Edward Reines as counsel for Activision Publishing, Inc., Blizzard Entertainment, Inc., Capcom USA, Inc., and Electronic Arts Inc., and attorney Marion McLane Read as counsel for Activision Publishing, Inc., Atlus U.S.A., Inc., Bandai Namco Games America Inc., Blizzard Entertainment, Inc., Capcom USA, Inc., Disney Interactive Studios, Inc., Electronic Arts Inc., Infinity Ward, Inc., LucasArts, a division of LucasFilm Entertainment Company Ltd. LLC, Neversoft Entertainment, Inc., Sega of America, Inc., Treyarch Corporation and Warner Bros. Interactive Entertainment, a division of Warner Bros. Home Entertainment Inc.,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

November 2, 2015                    /s/ Daniel E. O'Toole
                                    Daniel E. O'Toole
                                    Clerk of Court

Case: 15-1080     Document: 121     Page: 3     Filed: 11/02/2015